# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# BOSTON

**Reg. No. 7,051,395**
**Registered May 16, 2023**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

BIRKENSTOCK US BIDCO, INC. (DELAWARE CORPORATION)
100 WOOD HOLLOW DRIVE, SUITE 100
NOVATO, CALIFORNIA 95945

CLASS 25: Footwear and shoes, namely, clog shoes not relating to baseball or to a sports team, league, mascot or stadium

FIRST USE 00-00-1978; IN COMMERCE 00-00-1978

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-726,961, FILED 12-13-2019

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BIRKENSTOCK

**Reg. No. 4,975,295**

**Registered Jun. 14, 2016**

**Corrected Jul. 19, 2016**

**Int. Cl.: 2, 3, 5, 8, 9, 10, 11, 14, 16, 18, 19, 20, 21, 24, 25, 26, 27, 28, 29, 30, 31, 32, 35, 39, 41, 43, 44, 45**

**Service Mark**

**Trademark**

**Principal Register**

Michelle K. Lee

Director of the United States
Patent and Trademark Office

Birkenstock Sales GmbH (GERMANY GmbH )
Rheinstraße 10
53560 Vettelschoß
FED REP GERMANY

CLASS 2: Paints, varnishes, lacquers; Preservatives against rust and against deterioration of wood, namely, coatings and rust protecting paints, anti-rust oils and anti-rust greases; Colorants; Mordants, namely, dyes; Raw natural resins; Metals in foil and powder form for painters, decorators, printers and artists; Printing compositions ink; Food colorants; Colorants for beverages; Shoe dyes; Mordant dyes for leather; Ink for leather; Protective preparations for metals, namely, anti-tarnishing preparations for coating metals, pre-treatment coatings for inorganic metal surfaces to improve adhesion and corrosion resistance; Thinners for lacquers and paints; Undercoating for vehicle chassis; Silvering powders for painters, decorators, printers and artists, gildings, namely, precious metals in foil and powder form for painters, decorators, printers and artists; Dis-tempers

CLASS 3: Bleaching preparations and other substances for laundry use, namely, fabric softeners, laundry detergent, laundry pre-soak, blueing for laundry, laundry starch, laundry wax, laundry soap; Cleaning, polishing, scouring and abrasive preparations; Soaps, perfumeries, essential oils, cosmetics, hair lotions, dentifrices; Air fragrancing preparations; Breath freshening sprays; Sachets for perfuming linen; Tissues impregnated with cosmetic lotions; Cloths impregnated with a detergent for cleaning; Perfumed tissues, namely, tissues impregnated with perfumed extracts; Leather and shoe cleaning and polishing preparations; Creams for leather, Leather preservatives, Leather polishes, Detergent compositions for cleaning shoes, Shoe cream, Shoe polish, Shoe sprays, Shoe wax

CLASS 5: Pharmaceutical and veterinary preparations for treatment of immune system related diseases and disorders, for treating and preventing tendon and muscle injuries and disorders, sports related injuries, and for knee cartilage regeneration, pharmaceutical preparations for wounds, dermatological pharmaceutical products, balms for pharmaceutical purposes, sunburn preparations for pharmaceutical purposes; Sanitary preparations for medical purposes; Dietetic food and substances, namely, pasta, crackers, nutritional meal replacement bars, diabetic bread, medicated candy, fibre, bread-spreads, marmalade, cereal, oil, soymilk, soymilk yoghurt, soymilk drinks, margarine, cookies, cakes, chocolate, water, teas, fruit and vegetable-juices, cheese, soups, adapted for medical use, food for babies; Dietary supplements for humans and animals; medical plasters, materials for dressings, namely, gauze and bandages; Material for stopping teeth, dental wax; Disinfectants for sanitary purposes, disinfectants for hygiene purposes, all-purpose disinfectants; Preparations for destroying vermin; Fungicides, herbicides; Dietetic preparations adapted for medical use, namely, dietary supplements, vitamins, royal jelly; Tissues impregnated with pharmaceutical skin lotions; Air deodorizing preparations; First-aid boxes and first-aid cushions, filled; First-aid boxes filled; Foot impression materials for medical purposes and foot impression foams for medical purposes

CLASS 8: Hand tools and hand-operated implements, namely, planes, saws, lasts shoemakers' hand tools, pincers, clamps; cutlery, namely, knives, spoons, forks; Side arms, namely, hunting knives; Razors; Hair clippers and nail clippers; file tools, namely, emery files; electric or non-electric fingernail buffers; manicure and pedicure sets; Shaving cases; Non-electric hand implements for hair curling, namely, curling irons; Depilatory appliances,

electric and non-electric; Cuticle tweezers; nippers; razor blades

CLASS 9: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking, supervision, life saving and teaching apparatus and instruments, namely, cameras, conductivity meters, computers, electric sensors, optical signaling cables, life vests, batteries; lenses for photographic apparatus; photographic flash units for cameras; photographic projectors; Apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely, electric conductors, electric transformers, electrical switches and voltage regulators; Apparatus for recording, transmission or reproduction of sound or images; Magnetic data carriers, namely, blank magnetic data carriers, recording discs, namely, blank recordable optic discs; Compact discs, DVDs and other digital recording media, namely, high definition digital discs featuring music, magnetic tapes for tape recorders, cassettes, CD's, vinyl records, DAT tapes, video tapes, floppy discs, CD-Roms and DVDs all blank; magnetic tapes for tape recorders, cassettes, CD's, vinyl records, DAT tapes, video tapes, floppy discs, CD-Roms and DVD all prerecorded featuring music, motion pictures, movies and films in the fields of children's entertainment, cartoons, drama, action, comedy, family, westerns, science fiction, fantasy, horror, thriller, serials, news, documentary and other subjects of interest or entertainment to the public; Mechanisms for coin-operated apparatus; Cash registers, calculating machines, data processing equipment, computers; Computer software for database management; Fire-extinguishing apparatus; Eyeglasses; Sunglasses; Frames for glasses; Spectacle cases; Contact lenses; Containers for contact lenses; Headphones; Personal weighing scales; fat measuring scales; Digital photo frames; electrical light regulators, namely, dimmers; downloadable electronic publications, namely, e-zines in the field of sports, books, magazines, newspapers, photographs, printed periodicals, newsletters, and brochures in the field of footwear, medicine, cartoons, drama, action, comedy, family, westerns, science fiction, fantasy, horror, thriller, serials, news, documentary and/or other subjects of interest or entertainment to the public; electronic diaries; ergometers, not for medical purposes; time switches, automatic; computer carrying cases; bags for tablet computers and mobile phones; parts and accessories for all the aforesaid goods, included in this class

CLASS 10: Surgical, medical, dental and veterinary apparatus and instruments, namely, artificial limbs, eyes and teeth; orthopaedic articles, namely, supports, orthopedic footwear, orthopedic shoe inserts; orthopedic foot and heal supports; orthopedic soles; orthopedic insoles being inserts for footwear; suture materials; massage apparatus; Arterial blood pressure measuring apparatus; electric foot warmers for medical use; Heating blankets and heating cushions for medical purposes; Insoles for corrective treatment of conditions of the feet; Orthopedic soles and insoles for orthopaedic shoes, including orthopaedic inner soles incorporating arch supports; Orthopaedic foot and shoe supports; supportive foot bandages; orthopaedic foot cushions; Arch cushions orthopaedic; Supports for flat feet; Elasticated supports for the ankle; foot supports Orthopedic soles; orthopaedic soles, orthotic inserts for footwear, orthopaedic footwear [ and the like ] * such as footwear * for rehabilitation, foot gymnastics and therapy for medical purposes, and for other medical purposes; Parts and accessories for all the aforesaid goods, in particular fitting components, wedges, pads, insoles, foam padding, foam pads and moulded shoe soles, including in the form of orthopaedic fully plastic inserts, all for medical purposes; elastic stockings for medical purposes; Parts and fittings for all the aforesaid goods included in this class

CLASS 11: Apparatus for the exchange of substances and heat for use in the production of steam for use in lighting, heating, steam generating, cooking, refrigerating, drying, ventilating, water supply and sanitary purposes; Water filters; electric air deodorising apparatus; Humidifiers; electric blankets and heating cushions, not for medical purposes; Massage bath installations, namely, hydromassage bath apparatus; Barbecues; Tanning apparatus, namely, tanning beds; Ornamental fountains; Fireplaces; Whirlpools; Sauna bath installations; Parts and accessories for all the aforesaid goods, included in this class

CLASS 14: Alloys of precious metal; jewellery, precious stones; horological and chronometric instruments; jewellery boxes and watch boxes

CLASS 16: Paper and cardboard; Printed matter, namely, greeting cards, calendars; printed matter, namely, books, magazines, product guides, survey answer sheets, newspapers, photographs, printed periodicals, newsletters, and brochures in the field of footwear,

medicine, cartoons, drama, action, comedy, family, westerns, science fiction, fantasy, horror, thriller, serials, news, documentary and/or other subjects of interest or entertainment to the public; Bookbinding material; Photographs; Stationery; Adhesives for stationery or household purposes; Artists' materials, namely, easels, pencils, canvas panels; Paint brushes; Typewriters and office requisites, except furniture, namely, correction fluid for type, staplers; printed instructional and teaching materials in the field of computers; Plastic materials for packaging, namely, plastic bubble packs for wrapping or packaging, plastic bags for packing; Printers' type; Printing blocks; Tissues of paper for removing make-up; Disposable paper products, namely, disposable napkins, paper towels; filter paper; Wrapping materials made of paper, namely, gift wrapping paper, paper for wrapping and packaging; Works of art and figurines of paper and cardboard, and architects' models; Bags and articles for packaging, wrapping and storage of paper, cardboard or plastics, namely, plastic bags, boxes of cardboard or paper, plastic bubble packs for storage or packaging; Posters

CLASS 18: Leather and imitation leather goods made thereof, namely, bags, hand bags, gym bags, purse, coin purses, key bags, briefcases, rucksacks, business card holders, namely, wallets, card cases, travel garment covers, namely, garment bags for travel, toiletry bags, sold empty, toiletry kits, namely, toiletry case sold empty; Animal skins, hides; Trunks and travelling bags; Umbrellas and parasols; Walking sticks; Whips, harness and saddlery; Parts and accessories for all the aforesaid goods, included in this class

CLASS 19: Non-metallic building materials, namely, soffits, fascia; non-metallic rigid pipes for building; asphalt, pitch and bitumen; non-metallic transportable buildings; monuments, not of metal; clay, namely, non-metal slabs of clay; rock crystal; letter boxes of masonry; building glass; safety glass for building purposes; paint spraying booths, not of metal; insect screens, not of metal; geotextiles, namely, fabric and sheeting for landscaping; granite; compressed cork, namely, flooring underlayment made of cork; marble; mosaics for building, namely, glass mosaics for use in building construction; schists, namely, rocks used as building material; bird baths structures not of metal; wall and ceiling panels of wood, plastic and foam; covering, namely, non-metal vent cover for HVAC ducts and cladding panels, not of metal, for construction and building; non-metal rumble strips; wall and façade plasters; flooring of wood or stone; non-metal windows and doors; wall and ceiling paneling of wood; parquet flooring; laminate flooring, not of metal; tile floorings, not of metal; mine timber; porches, not of metal, for building; jalousies, not of metal; non-metallic transportable buildings in the form of summerhouses and gazebos, garden pavilions, greenhouses, conservatories; transportable tool sheds, not of metal; building materials of wood, plastic, clay or glass for use in horticulture and landscaping; works of art and figurines and statuettes of stone, concrete or marble; swimming pools, prefabricated, not of metal

CLASS 20: Furniture, mirrors, picture frames; items of furniture, namely, tables, chairs, dressers; display boards; bamboo curtains; statues, figures, works of art, and ornaments and decorations, all made of plaster, plastic, wood; containers not of metal, non-metal closures and holders therefor, included in this class; non-metal cotter pins; non-electric fans for personal use; hooks, not of metal, for clothes rails; non-metal house numbers; towel dispensers, not of metal, fixed; baskets for domestic use, not of metal; fitted fabric furniture covers; storage namely, plastic storage drums; mattresses; massage tables; sleeping bags for camping; bed bases; inflatable publicity objects; air mattresses, not for medical purposes, for use when camping; air cushions, not for medical purposes; tent pegs, not of metal; parts and accessories for all the aforesaid goods, included in this class; roller blinds of textile or of plastic

CLASS 21: Household or kitchen utensils and containers, namely, pouring and straining sprouts, containers for household or kitchen use, food graters, sieves, basting spoons, vegetable serving spoons, skimmers, spatulas, whisks; Combs and sponges, namely, bath sponges, scrubbing and cleaning sponges; Brushes, except paintbrushes, namely, hairbrushes, dishwashing brushes; Brush-making materials; Articles for cleaning purposes, namely, cleaning cloths, cleaning brushes, mops, dustpans, brooms; Steelwool; Unworked or semi-worked glass, except glass used in building; beverage glassware, porcelain mugs and earthenware mugs, storage jars, preserving jars made of glassware, porcelain and earthenware; Cosmetic utensils, not included in other classes, namely, cosmetic brushes; Picnic baskets sold empty; Comb cases; Stands for shaving brushes; Perfume burners; Shoe horns, Shoe polishers, non-electric; Shoe trees stretchers, boot trees stretchers; Toilet cases,

namely, toilet brush holders; Portable coolers; Toothbrushes; Parts and accessories for all the aforesaid goods, included in this class

CLASS 24: Textiles and textile goods, namely, table cloth, towels; tapestries, place mats, coasters, textile fabrics for home and commercial interiors; Bed covers; Table covers, namely, table linen, table pads; Household textiles, namely, curtains of textile; Shower curtains of textile; Sanitary flannel; Wall hangings of textile

CLASS 25: Clothing, namely, shirts, pants, dresses, jackets, footwear, headgear, namely, hats, caps; Parts and fittings for footwear, namely, shoe uppers, heels, outsoles, inner soles, insoles, shoe bottoms, namely, shoe soles and foot supports, arch supports and shoe inserts

CLASS 26: Lace and embroidery, ribbons and braid; buttons, hooks and eyes, sewing pins and needles; artificial flowers, fruits and plants; ornamental novelty badges for wear, not of precious metal; buttons, namely, ornaments novelty badges; cloth patches for clothing; brooches for clothing; haberdashery, except thread, namely, appliques; hair ornaments; hair curlers other than hand instruments; wigs; shoe ornaments, not of precious metal; letters and numerals for marking linen

CLASS 27: Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; non-textile wall hangings

CLASS 28: Games and playthings, namely, toy vehicles, dolls, doll houses, action skill games, backgammon games, card games, chess games, electronic dart games, party games; Gymnastic and sporting articles, namely, gymnastic apparatus, athletic wrist and joint support, hockey equipment, ice skates, inline rollers, knee guards, lines for fishing; Decorations for Christmas trees; Mobiles; Video game apparatus, namely, video game consoles; Console gaming devices for playing computer games; game controllers for game consoles; Parts and fittings for gymnastic and sporting articles

CLASS 29: Meat, fish, poultry and game; Meat extracts; Preserved, frozen, dried and cooked fruits and vegetables; Jellies, jams, compotes; Eggs; Milk and milk products, namely, cheese, milk powder, milk ferments for culinary purposes, milk shakes; Edible oils and fats; Milk beverages, namely, milk beverage containing fruit, milk predominating, namely, milk-based beverages with chocolate, milk-based beverages containing coffee; Prepared meals consisting predominantly of meat, fish, poultry, game, vegetables, eggs, milk or milk products in the nature of cheese

CLASS 30: Coffee, tea, cocoa and artificial coffee; Rice; Tapioca and sago; Flour and preparations made from bread, pastry, cereals and confectionery in the nature of bread pudding, cereal bars, chocolate, frozen confections; Edible ices; Sugar, honey, treacle; Yeast, baking-powder; Salt; Mustard; Vinegar, sauces, condiments, namely, pepper sauce, ketchup; Spices; Ice; prepared meals consisting principally of pasta or rice; Pizza

CLASS 31: Grains and agricultural, horticultural and forestry products not included in other classes, namely, unprocessed barley, oats, rice, rye and wheat and live trees; Live animals; Fresh fruits and vegetables; Seeds for planting, natural plants and flowers; Foodstuffs for animals, malt for brewing and distilling

CLASS 32: Beers; Mineral and aerated waters and other non-alcoholic beverages, namely, orange juice, mango juice, vegetable juice, smoothies, malt beverages; Fruit beverages and fruit juices; Syrups and other preparations for making beverages, namely, syrup substitutes, powders used in the preparation of isotonic sports drinks and sports beverages, fruit-based beverages, fruit concentrates and purees used as ingredients of beverages

CLASS 35: Advertising services; Business management; Business administration; providing office functions; wholesale and retail store services featuring paints, varnishes, lacquers, preservatives against rusts and against deterioration of wood, colorants, mordants, raw natural resins, metals in foil and powder form for painters, decorators, printers and artists, printing ink, food dyes, colorants for beverages, shoe dyes, mordants for leather, ink for leather, protective preparations for metals, thinners for paints and lacquers, undercoating for vehicle chassis, silvering powders, gildings, distempers, bleaching preparations and other substances for laundry use, cleaning, polishing, scouring and abrasive preparations, soaps,

perfumery, essential oils, cosmetics, hair lotions, dentifrices, air fragrancing preparations, breath freshening sprays, sachets for perfuming linen, tissues impregnated with cosmetic lotions, tissues impregnated with cleaning preparations, perfumed tissues, preparations for cleaning and polishing leather and shoes, creams for leather, preservatives for leather, leather polish, cleaning preparations for shoes, shoe cream, shoe polish, shoe spray, shoe wax, pharmaceutical and veterinary preparations, sanitary preparations for medical purposes, dietetic food and substances adapted for medical or veterinary use, food for babies, dietary supplements for humans and animals, plasters, materials for dressings, material for stopping teeth, dental wax, disinfectants, preparations for destroying vermin, fungicides, herbicides, dietetic substances adapted for medical use, tissues impregnated with pharmaceutical lotions, air deodorizing preparations, first-aid boxes and first-aid cushions, filled, first-aid kits, filled, foot impression materials and foot impression foams, hand tools and hand operated implements in the nature of cutlery, side arms, razors, hand operated hair clippers for personal use and nail clippers, files, electric or non-electric fingernail polishers, manicure sets and pedicure sets, shaving cases, non-electric hand implements for hair curling, electric and non-electric depilation appliances, cuticle nippers, pincers, razor blades, scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking, supervision, life-saving and teaching apparatus and instruments, apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, apparatus for recording, transmission or reproduction of sound or images, magnetic data carriers, recording discs, compact discs, DVDs and other digital data carriers, mechanisms for coin-operated apparatus, cash registers, calculating machines, data processing equipment, computers, computer software, fire-extinguishing apparatus, spectacles, sunglasses, spectacle frames, spectacle cases, contact lenses, containers for contact lenses, headphones, bathroom scales, fat measuring scales, digital photo frames, light regulator, namely, dimmers, downloadable electronic publications, electronic agendas, ergometers, time switches, laptop bags, bags for tablet computers and for mobile telephones, parts and fittings for all the aforesaid goods, surgical, medical, dental and veterinary apparatus and instruments, artificial limbs, eyes and teeth, orthopaedic articles, suture materials, massage apparatus, pulse meters, electric footwarmers for medical purposes, electric blankets and heating cushions for medical purposes, inner soles for corrective treatment for foot conditions, orthopaedic shoe inserts and inserts for orthopaedic footwear, including orthopaedic inner soles incorporating arch supports, orthopaedic supports for feet and shoes, supportive foot bandages, orthopaedic foot pads, orthopaedic arch cushions, supports for flat feet, elasticized supports for the ankle, foot supports, orthopaedic soles for shoes, orthotic inserts for footwear, orthopaedic footwear and the like for rehabilitation, foot gymnastics and therapy, and for other medical purposes, parts and fittings for all the aforesaid goods, in particular fitting components, wedges, pads, insoles, foam padding, foam pads and molded shoe soles, including in the form of orthopaedic fully plastic inserts, elastic stockings for medical purposes, parts and fittings for all of the aforesaid goods, apparatus for lighting, heating, steam generating, cooking, refrigerating, drying, ventilating, water supply and sanitary purposes, water filters, air deodorizing apparatus, air humidifiers, electric blankets and heating cushions, other than for medical purposes, massage bath installations, barbecues, tanning apparatus, namely, sun beds in the nature of tanning beds, ornamental fountains, domestic fireplaces, whirlpools, sauna bath installations, parts and fittings for all the aforesaid goods, precious metals and their alloys, jewellery, precious stones, horological and chronometric instruments, watch cases and jewellery cases, paper, cardboard, printed matter, bookbinding material, photographs, stationery, adhesives for stationery or household purposes, artists' materials, paintbrushes, typewriters and office requisites, except furniture, instructional and teaching material, plastic materials for packaging, printers' type, printing blocks, stationery, tissues of paper for removing make-up, disposable articles of paper, filtering materials of paper, paper materials for packaging, works of art and figurines of paper or cardboard and architectural models, bags, pouches and goods for packaging, wrapping and storage purposes of paper, cardboard or plastic, posters, leather and imitations of leather, and goods made of these materials, namely, bags, handbags, sports bags, purses, wallets, key cases, key holders, attaché cases, backpacks, business card holders, garment bags, toiletry bags, toiletry cases, animal skins, hides, trunks and travelling bags, umbrellas and parasols, walking sticks, whips, harness and saddlery, parts and fittings for all the aforesaid goods, non-metallic building materials, non-metallic rigid pipes for building, asphalt, pitch and bitumen, non-metallic transportable buildings, monuments, not of metal, clay, rock crystal, letter boxes of masonry, building glass, safety glass, paint spraying booths,

not of metal, insect screens, not of metal, geotextiles, granite, compressed cork, marble, mosaics for building, schists, bird baths not of metal, wall and ceiling panels of wood, plastic and foamed material, covering and cladding panels, not of metal, strips, not of metal, wall and facade plasters, floor coverings of wood or stone, windows and doors, wall and ceiling panelling of wood, parquet, laminate, tiles, not of metal, wood, porches, not of metal, for building, jalousies, not of metal, non-metallic transportable buildings in the form of summerhouses and gazebos, garden pavilions, greenhouses, conservatories, transportable tool sheds, not of metal, building materials of wood, plastic, clay or glass for use in gardening and landscaping, works of art and figurines, statuettes of stone, concrete, marble, swimming pools structures, not of metal, furniture, mirrors, picture frames, furnishings, display boards, bamboo curtains, statues, figurines, works of art and ornaments and decorations, containers and closures and holders therefor, dowels, not of metal, non-electric fans for personal use, coathooks, not of metal, non-luminous house numbers, not of metal, fixed towel dispensers, not of metal, baskets, not of metal, storage garment covers, mattresses, massage tables, sleeping bags for camping, slatted bed frames, inflatable publicity objects, air mattresses, not for medical purposes, air cushions, not for medical purposes, tent pegs, not of metal, parts and fittings for all the aforesaid goods, roller blinds of textile or of plastic, household or kitchen utensils and containers, combs and sponges, brushes, except paint brushes, brush-making materials, articles for cleaning purposes, steelwool, unworked or semi-worked glass, except glass used in building, glassware, porcelain and earthenware, cosmetic utensils, fitted picnic baskets, comb cases, shaving brush stands, perfume burners, shoe horns, non-electric wax-polishing appliances for shoes, shoe trees, boot trees, fitted vanity cases, non-electric portable coldboxes, toothbrushes, parts and fittings for the aforesaid goods, textiles and textile goods, not included in other classes, bed covers, table covers, household textiles, shower curtains of textile, sanitary flannel, wall hangings of textile, clothing, footwear, headgear, parts and fittings for footwear, namely, shoe uppers, heels, outsoles, inner soles, insoles, parts for shoe bottoms, foot supports, arch supports and shoe inserts, lace and embroidery, ribbons and braid, buttons, hooks and eyes, pins and needles, artificial flowers, fruits and plants, badges for wear, not of precious metal, ornamental novelty badges and buttons, sew-on badges, brooches, haberdashery, except thread, hair ornaments, hair curlers, other than hand implements, false hair, shoe ornaments, not of precious metal, numerals or letters for marking linen, carpets, rugs, mats and matting, linoleum and other materials for covering existing floors, non-textile wall hangings, games and playthings, gymnastic and sporting articles, decorations for Christmas trees, mobiles, video game machines, game consoles, controllers for game consoles, parts and fittings for gymnastic and sporting articles, meat, fish, poultry and game, meat extracts, preserved, frozen, dried and cooked fruits and vegetables, jellies, jams, compotes, eggs, milk and milk products, edible oils and fats, milk beverages, milk predominating, prepared meals, consisting predominantly of meat, fish, poultry, game, vegetables, eggs, milk or milk products, coffee, tea, cocoa and artificial coffee, rice, tapioca and sago, flour and preparations made from cereals, bread, pastry and confectionery, ices, sugar, honey, treacle, yeast, baking powder, salt, mustard, vinegar, sauces, condiments, spices, ice, prepared meals, consisting predominantly of pasta, rice, pizza, grains and agricultural, horticultural and forestry products, live animals, fresh fruits and vegetables, seeds, natural plants and flowers, foodstuffs for animals, malt, beers, mineral and aerated waters and other non-alcoholic beverages, fruit beverages and fruit juices, syrups and other preparations for making beverages; Business consulting services; Business consultancy services relating to marketing

CLASS 39: Transport, namely, the transport and delivery of goods; Packaging and storage of goods, namely, transport, delivery, packaging and storage of goods, namely, packages and other freight for others; Travel arrangement, namely, arranging travel tours and cruises, travel agency services, namely, making reservations and bookings for transportation; Consultancy and information relating to all of the aforesaid services included in this class

CLASS 41: Educational services, namely, conducting seminars and workshops in the field of business, computer education training, providing classes and instruction in the field of dance, providing online cognitive assessments and training programs that help identify cognitive strengths and weaknesses of an individual; providing of training in the field of computers, personal fitness training services and consultancy, arranging professional workshop and training courses; entertainment in the nature of organizing exhibitions for musical entertainment, conducting contests, comedy shows, wine tastings, providing online computer

games; organizing community sporting and cultural activities; services of a publishing house, excluded printing services, namely, publishing electronic publications, books, magazines, e-books, audio books, music and illustrations, multimedia publishing of books, magazines, journals, software, games and music; arranging and conducting of conferences, congresses, meetings, seminars and workshops in the field of business, science, literature, in the field of fitness, exercise, boxing, kick boxing and mixed martial arts; publication of printed matter also in electronic form, except for advertising purposes, namely, publishing of books, e-books; providing on-line non-downloadable electronic publications, namely, providing online publications in the nature of e-books in the fields of sports; educational and entertainment services, namely, organization of sports competitions; consultancy and information in relation to the aforesaid services, included in this class; rental of costumes

CLASS 43: Services for providing of food and drink, providing temporary accommodation; Room reservation services, namely, reservation of hotel rooms for travellers; Consultancy and information in relation to the aforesaid services, included in this class

CLASS 44: Medical services; Hygienic and beauty care for human beings or animals; Agriculture, horticulture and forestry services, namely, converting land to forest by planting trees or their seeds, landscape gardening, lawn care, landscape design; Podiatry, namely, providing foot care and foot treatment services; advisory, consultancy and information services in relation to the aforesaid services, Included in this class

CLASS 45: Legal services; security services, namely, providing the protection of property and individuals; personal and social services, namely, genealogical research, dog walking services, astrological and spiritual services, babysitting, escorting in society, namely, chaperoning, personal image consultancy, personal image consultancy in relation to personal colour analysis, detective agencies, services in relation to church weddings, namely, wedding chapel services, nanny services, house sitting, pet sitting, casting of horoscopes, conducting of personal correspondence for others, namely, conducting personal background investigations, online social networking services, namely, online services for linking social contacts, matchmaking, personal shopping services, planning and arranging of wedding ceremonies, political lobbying, lost property return, dealing with authorities for others, namely, representation of clients in tax matters before tax authorities, rental of clothing, rental of jewellery, dating services; licensing of intellectual property rights and copyright; issuing licences for franchising concepts, namely, licensing of advertising slogans and cartoon characters

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 08-07-2014 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1244734 DATED 10-29-2014, EXPIRES 10-29-2024

SER. NO. 79-164,245, FILED 10-29-2014

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,105,607**

**United States Patent and Trademark Office** **Registered June 20, 2006**

**SERVICE MARK**
**PRINCIPAL REGISTER**

# BIRKENSTOCK

BIRKENSTOCK ORTHOPAEDIE GMBH & CO. KG (FED REP GERMANY CORPORATION)
RHEINSTRASSE 2-4
53560 VETTELSCHOSS, FED REP GERMANY

FOR: RETAIL STORE SERVICES, ON-LINE RETAIL STORE SERVICES, AND MAIL ORDER CATALOG SERVICES ALL FEATURING FOOTWEAR, PARTS AND ACCESSORIES FOR FOOTWEAR, AND CLOTHING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,028,014 AND 1,037,893.

SER. NO. 76-603,138, FILED 7-20-2004.

JOANNA DUKOVCIC, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,600,060**
**Registered July 30, 2002**

# United States Patent and Trademark Office

## TRADEMARK
## PRINCIPAL REGISTER



BIRKENSTOCK ORTHOPADIE GMBH (FED REP GERMANY CORPORATION)
RHEINSTRASSE 2-4
53604 BAD HONNEF, FED REP GERMANY

FOR: FOOTWEAR, NAMELY - SHOES, BOOTS, SANDALS, CLOGS, SLIPPERS, MULES; PARTS FOR THE REPAIR OF FOOTWEAR, NAMELY, OUTER SOLES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

SEC. 2(F).

SER. NO. 75-923,764, FILED 2-17-2000.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,590,411**
**Registered July 9, 2002**

**United States Patent and Trademark Office**

**TRADEMARK**
**PRINCIPAL REGISTER**

## BIRK

BIRKENSTOCK ORTHOPADIE GMBH (FED REP GERMANY CORPORATION)
RHEINSTRASSE 2-4
53604 BAD HONNEF
FED REP GERMANY

FOR: FOOTWEAR, NAMELY SHOES, BOOTS, SANDALS, CLOGS, SLIPPERS, MULES; PARTS FOR THE REPAIR OF FOOTWEAR, NAMELY, OUTER SOLES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

SEC. 2(F).

SER. NO. 75-923,763, FILED 2-17-2000.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 1,037,893

Registered Apr. 13, 1976

Renewal Term Begins Apr. 13, 1996

**TRADEMARK**
**PRINCIPAL REGISTER**

**BIRKENSTOCK**

BIRKENSTOCK ORTHOPADIE GMBH (FED REP GERMANY CORPORATION)
RHEINSTRASSE 2–4
5340 BAD HONNEF-RHEIN, FED REP GERMANY, BY ASSIGNMENT AND ASSIGNMENT FROM BIRKENSTOCK ORTHOPADIE GMBH (FED REP GERMANY CORPORATION) 534 BAD HONNEF (RHINE), FED REP GERMANY

FOR: FOOTWEAR—NAMELY, SANDALS, SHOES, AND SHOE INSOLES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12–30–1774; IN COMMERCE 12–15–1962.

SER. NO. 73–033,277, FILED 9–30–1974.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,519,901**

# United States Patent and Trademark Office

**Registered Jan. 10, 1989**

## TRADEMARK
## PRINCIPAL REGISTER

BIRKENSTOCK ORTHOPADIE GMBH (FED REP GERMANY CORPORATION)
RHEINUFER POSTFACH 3
BAD HONNEF, RHEIN, FED REP GERMANY

FOR: FOOTWEAR, NAMELY, SANDALS, SHOES AND SHOE INSOLES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 3-0-1982; IN COMMERCE 0-0-1982.

SER. NO. 680,440, FILED 8-24-1987.

MARIA SOLOMON, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,516,450**

# United States Patent and Trademark Office

**Registered Dec. 13, 1988**

## TRADEMARK
## PRINCIPAL REGISTER



BIRKENSTOCK ORTHOPADIE GMBH (FED REP GERMANY CORPORATION)
RHEINUFER POSTFACH 3
5340 BAD HONNEF
RHEIN, FED REP GERMANY

FOR: FOOTWEAR, NAMELY, SANDALS, SHOES AND SHOE INSOLES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 3-0-1982; IN COMMERCE 0-0-1982.

SER. NO. 680,441, FILED 8-24-1987.

MARIA SOLOMON, EXAMINING ATTORNEY